# **EXHIBIT B**

## IN THE IOWA DISTRICT COURT
## FOR POLK COUNTY

| | |
|---|---|
| STACY HARTKOPF, | ) |
| Plaintiff, | ) Case No. SCSC556630 |
| v. | ) NOTICE OF REMOVAL |
| WEST ASSET MANAGEMENT, INC., | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Southern District of Iowa. Attached hereto as "Exhibit 1" is a copy of the Notice of Removal filed in the United States District Court for the Southern District of Iowa effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S.C. § 1446(d), the Iowa District Court for Polk County, shall proceed no further in this action unless the action is remanded by the United States District Court for the Southern District of Iowa.

Dated: June 24, 2014

Respectfully submitted,


*/s/: Lance W. Lange*
Lance W. Lange



Lance W. Lange
FAEGRE BAKER DANIELS, LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 447-4725
Lance.lange@FaegreBD.com
Attorney for Defendant, West Asset Management, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2014, the foregoing **Notice of Removal to the United States District Court of the Southern District of Iowa** was served via U.S. regular mail on the Clerk of the Court and Plaintiff at the below addresses:

**Ashley Zubal**
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, Iowa 50311

                                        */s/: Lance W. Lange*
                                        Lance W. Lange
                                        Attorney for Defendant,
                                        West Asset Management, Inc.