IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>STACY L. HARTKOPF,<br><br>Debtors,<br><br>Regarding:<br><br>WEST ASSET MANAGEMENT, INC. | CASE NO. 4:14 – cv – 00252 – REL - CFB<br><br><br><br>NOTICE OF SETTLEMENT |

Notice is hereby given that this matter has been settled. Plaintiff Stacy L. Hartkopf anticipates filing a dismissal with prejudice disposing of the matter within 20 days of this filing.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after August 02, 2014 for filing dispositional documents.

**Dated July 02, 2014**

*/s/* L. Ashley Zubal
L. Ashley Zubal
4225 University Avenue
Des Moines, Iowa 50311
Telephone: (515) 276-7211
Fax: (515) 276-6280
Ashley@markslawdm.com
ATTORNEY FOR PLAINTIFF


*/s/* Lance W. Lange
Lance W. Lange
Faegre Baker Daniels LLP
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**: By signing above, the attorney, L. Ashley Zubal certifies that on the 2d day of July, 2014, this document was filed electronically in the United States District Court for the Southern District of Iowa. The parties listed will receive notice via US Mail or electronically through their registered email address.