IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Stacy Hartkopf,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>West Asset Management, Inc.,<br><br>　　　　　Defendant. | NO. 4:14 – cv – 00252-REL-CFB<br><br><br><br>JOINT MOTION TO DISMISS<br>WITH PREJUDICE |

Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff, Stacy Hartkopf, and Defendant, West Asset Management, Inc., request all claims raised or that could have been raised in this action, are hereby dismissed with prejudice as the parties have reached a settlement agreement. Each party will bear its own costs and attorney fees.


　　/s/ L. Ashley Zubal　　　　　　　　　　　　　　/s/ Lance W. Lange
L. Ashley Zubal    AT0009559　　　　　　　　Lance W. Lange
MARKS LAW FIRM, P.C.　　　　　　　　　　　Faegre Baker Daniels, LLP
4225 University Avenue　　　　　　　　　　　801 Grand Ave, 33d floor
Des Moines, Iowa  50311　　　　　　　　　　Des Moines, IA 50309-8011
(515) 276-7211　　　　　　　　　　　　　　　(515) 447-4725
Fax: (515) 276-6280　　　　　　　　　　　　 lance.lange@faegrebd.com
ATTORNEY FOR PLAINTIFF　　　　　　　　 ATTORNEY FOR DEFENDANT


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 23d day of July, 2014, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.